## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOI S
## EASTERN DIVISION

IN RE:   TIFFANY N WICKS                              CASE NO: 09-08899
                                                      CHAPTER 13

         DEBTORS(S)                                   JUDGE:  JACQUELINE P COX

                                                      NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   LITTON LOAN SERVICING

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0010 | 0067 287 STONY ISL | $ 3,289.40 | $ 3,289.40 | $ 3,289.40 |

Total Amount Paid the Trustee                                                $  3,289.40

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                     X  Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the st day of    July, 2012.

Debtor(s)

TIFFANY N WICKS
312 WILDWOOD DR
PARK FOREST IL 60466

Debtors Attorney

ROBERT J SEMRAD & ASSOC LLC
20 S CLARK ST 28TH FLR
CHICAGO IL 606030000

Addtional Creditors

LITTON LOAN SERVICING
% BRICE VANDER LINDEN & WERNIC
9441 LBJ FREEWAY
DALLAS TX 75243

Mortgage Arrearage Creditor

LITTON LOAN SERVICING
PO BOX 4387
HOUSTON TX 77210-4387

Electronic Service US Trustee

Date: July 3, 2012                               /s/ Tom Vaughn

                                                  Tom Vaughn, Chapter 13 Trustee
                                                  Chapter 13 Trustee
                                                  55 East Monroe Street, Suite 3850
                                                  Chicago, Ill   60603